# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA WALSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) as Receiver of WASHINGTON MUTUAL BANK and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:13-CV-01538-JCM-PAL<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE LR 41.1** |

    On the application of the Plaintiff, having herein submitted a request for voluntary dismissal of their claims against Defendants without prejudice, and with no answer filed by the above-named Defendants, a Notice of Dismissal of this Action having been duly signed, the above-entitled action is dismissed without prejudice.

---

[PROPOSED] ORDER RE VOLUNTARY DISMISSAL

 Good cause appearing, voluntary dismissal is GRANTED pursuant to Local Rule 41.1.

DATED January 23, 2014.

_____
U.S. DISTRICT COURT JUDGE

[ORDER RE VOLUNTARY DISMISSAL